IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3070 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| STEVEN L. REHDER, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant was sentenced to a term of imprisonment on January 19, 2012, and was granted the opportunity for self-surrender sixty days thereafter. The defendant remained subject to the terms of his pretrial release while awaiting his self-surrender date.

A Petition was filed alleging the defendant had violated the terms of his pretrial release. (Filing No. 50). Counsel for the parties have been notified of the alleged pretrial release violations. If neither party requests a hearing on the Petition by on or before March 5, 2012, the allegations will be deemed admitted and an order will be entered which revokes the defendant's opportunity for self-surrender, and orders the Marshal promptly transfer the defendant to the custody of the Bureau of Prisons to commence service of his sentence.

DATED this 1st day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge